# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: dpas | Date Created: 6/10/2021 |
| Case: 21−21380−JAD | Form ID: pdf900 | Total: 50 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr      Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
aty      Mark G. Moynihan      mark@moynihanlaw.net

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Ernest Brian Hardwick    2266 Linwood Dr.    Allison Park, PA 15101
jdb    Cheryl M. Hardwick    2266 Linwood Dr.    Allison Park, PA 15101
15384413    Advanced Diagnostic Path Assoc    5700 Southwyck Blvd    Toledo, OH 43614−1509
15384415    Allegheny Health Network    8686 New Trails Dr, Suite 100    The Woodlands, TX 77381
15384414    Allegheny Health Network    PO Box 645266    Pittsburgh, PA 15264−5266
15384416    American Credit Bureau, Inc.    1200 North Federal Highway, Suite 200    Boca Raton, FL 33432
15384417    Chase Card Services    Attn: Bankruptcy    PO Box 15298    Wilmington, DE 19850
15384418    Citibank    Citicorp Credit Srvs/Centralized Bk dept    PO Box 790034    St Louis, MO 63179
15384419    Citibank/The Home Depot    Citicorp Credit Srvs/Centralized Bk dept    PO Box 790034    St Louis, MO 63179
15384420    Client Services, Inc.    3451 Harry S. Truman Blvd    Saint Charles, MO 63301−4047
15384421    County of Allegheny    Jordan Tax Service, Inc.    102 Rahway Road    McMurray, PA 15317
15384422    Credit Collection Services    725 Canton Street    Norwood, MA 02062
15384423    Credit Control, LLC    5757 Phantom Dr Ste 330    Hazelwood, MO 63042
15384425    Credit Management Company    2121 Noblestown Road    Pittsburgh, PA 15205
15384424    Credit Management Company    Attn: Bankruptcy    2121 Noblestown Road    Pittsburgh, PA 15205
15384426    Credit Management Company    PO Box 16346    Pittsburgh, PA 15242−0346
15384427    Discover Financial    Attn: Bankruptcy    PO Box 3025    New Albany, OH 43054
15384428    EnerBankUSA    1245 Brickyard Road, Suite 600    Salt Lake City, UT 84106−2581
15384429    Hand and Upper Ex Center    6001 Stonewood Drive    Wexford, PA 15090
15384430    Hyundai Motor Finance    Attn: Bankruptcy    PO Box 20829    Fountain Valley, CA 92728
15384431    Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346
15384432    Jordan Tax Service, Inc.    P.O. Box 200    Bethel Park, PA 15102−0200
15384433    KeyBank/US Bank    Attn: Bankruptcy    4910 Tiedeman Road    Cleveland, OH 44144
15384434    Kohls/Capital One    Attn: Credit Administrator    PO Box 3043    Milwaukee, WI 53201
15384435    LVNV Funding, LLC    c/o Resurgent Capital    55 Beattie Place, Suite 110    Greenville, SC 29601
15384436    North Districts Community Credit Union    5321 WM. Flynn Hwy    Gibsonia, PA 15044−9639
15384438    PNC Bank    Attn: Bankruptcy    Mailstop Br−Yb58−01−5    PO Box 94982    Cleveland, OH 44101
15384439    PNC Bank    PO Box 1820    Dayton, OH 45401−1820
15384440    PNC Mortgage    Attn: Bankruptcy    PO Box 8819    Dayton, OH 45401
15384437    Pennsylvania Department of Revenue    Bankruptcy Division    PO Box 280946    Harrisburg, PA 17128−0946
15384441    Quest Diagnostics    3 Giralda Farms    Madison, NJ 07940
15384442    Quest Diagnostics    PO Box 740717    Cincinnati, OH 45274−0717
15384443    Scott & Associates PC    PO Box 115220    Carrollton, TX 75011−5220
15384444    State Collection Service, Inc.    2509 S. Stoughton Rd    Madison, WI 53716
15384445    Synchrony Bank/Dick's Sporting Goods    Attn: Bankruptcy Dept    PO Box 965060    Orlando, FL 32896
15384446    Synchrony Bank/Levin Furniture    Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896
15384447    Synchrony Bank/Lowes    Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896
15384448    Synchrony Bank/Stein Mart    Attn: Bankruptcy Dept    PO Box 965061    Orlando, FL 32896
15384449    Synchrony Bank/TJX    Attn: Bankruptcy Dept    PO Box 965064    Orlando, FL 32896
15384450    Township of Hampton    Jordan Tax Service, Inc.    102 Rahway Road    McMurray, PA 15317
15384451    Transworld Systems Inc.    2135 E Primrose Suite Q    Springfield, MO 65804
15384453    UPMC    2 Hot Metal Street    Dist. Room 386    Pittsburgh, PA 15203
15384452    United Collection Bureau, Inc.    5620 Southwyck Blvd Ste 206    Toledo, OH 43614
15384454    Weinstein Imaging Associates    Manor Oak Two    1910 Cochran Road, Suite 740    Pittsburgh, PA 15220−1213
15384455    Wells Fargo/Furniture Marketing Group    Attn: Bankruptcy    PO Box 10438 Mac F8235−02f    Des Moines, IA 50306
15384456    Western PA Surgery Center    6001 Stonewood Dr    Wexford, PA 15090−7380
15384457    Wexford Anesthesia Associates    6001 Stonewood Dr    Wexford, PA 15090−7380

TOTAL: 47