# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 21-21380-JAD |
| ERNEST BRIAN HARDWICK and CHERYL M. HARDWICK, | |
| Debtors. | Chapter 13 |
| | Doc. No. |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE | Related to Doc. No 32 |
| Movant, | |
| v. | FILED 9/29/21 2:52 pm CLERK U.S. BANKRUPTCY COURT - WDPA |
| ERNEST BRIAN HARDWICK and CHERYL M. HARDWICK, | |
| Respondents. | |

## ORDER

**AND NOW**, this 29th day of September, 2021, after hearing on the Objection Of Chapter 13 Trustee To Debtors' Claim Of Exemptions filed at EFC No. 32 it is hereby **ORDERED, ADUGED and DECREED** that the same is hereby

sustained without prejudice to allow the Debtors to amend their Schedules. Such amendment, if any, shall be filed within thirty (30) days of this Order.

Dated: September 29, 2021

_____ pgc
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to serve:

All Counsel of Record

Ronda J. Winnecour, Chapter 13 Trustee

FILED
9/29/21 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21380-JAD |
| Ernest Brian Hardwick | Chapter 13 |
| Cheryl M. Hardwick | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ernest Brian Hardwick, Cheryl M. Hardwick, 2266 Linwood Dr., Allison Park, PA 15101-3537 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Hampton Township School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Township of Hampton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15384413 | | Advanced Diagnostic Path Assoc, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 15384414 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15384415 | + | Allegheny Health Network, 8686 New Trails Dr, Suite 100, The Woodlands, TX 77381-1195 |
| 15404328 | + | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15384421 | + | County of Allegheny, Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15384428 | + | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 15407972 | + | Hampton Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15404330 | + | Hampton Township School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15407971 | + | Hampton Township School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin PA 15642-7539 |
| 15384429 | + | Hand and Upper Ex Center, 6001 Stonewood Drive, Wexford, PA 15090-7380 |
| 15395459 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15384432 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15384442 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15404329 | + | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15384450 | + | Township of Hampton, Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15397655 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15397651 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15384452 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 15389331 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15384455 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 15384456 | | Western PA Surgery Center, 6001 Stonewood Dr, Wexford, PA 15090-7380 |
| 15384457 | | Wexford Anesthesia Associates, 6001 Stonewood Dr, Wexford, PA 15090-7380 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15384416 | + | Email/Text: bankruptcy@acbhq.com | Sep 30 2021 00:04:00 | American Credit Bureau, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432-2813 |
| 15384418 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2021 00:12:22 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 15401436 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2021 00:12:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15384419 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2021 00:12:25 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St |

Case 21-21380-JAD    Doc 37    Filed 10/01/21    Entered 10/02/21 00:28:33    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0034 |
| 15384420 | + | Email/Text: mediamanagers@clientservices.com | Sep 30 2021 00:03:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15384422 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 30 2021 00:04:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15384423 | + | Email/Text: clientservices@credit-control.com | Sep 30 2021 00:04:00 | Credit Control, LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 15384426 | | Email/Text: bdsupport@creditmanagementcompany.com | Sep 30 2021 00:04:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15384424 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 30 2021 00:04:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15384425 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 30 2021 00:04:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15385837 | | Email/Text: mrdiscen@discover.com | Sep 30 2021 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15384427 | + | Email/Text: mrdiscen@discover.com | Sep 30 2021 00:03:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15402496 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 30 2021 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15386128 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 30 2021 00:04:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 15384430 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 30 2021 00:04:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 15384431 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2021 00:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15384417 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2021 00:12:20 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 15384433 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 30 2021 00:04:00 | KeyBank/US Bank, Attn: Bankruptcy, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 15403505 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2021 00:03:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15384434 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2021 00:03:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15385442 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:12:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15384435 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:12:21 | LVNV Funding, LLC, c/o Resurgent Capital, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 15384436 | | Email/Text: paul@ndcupa.org | Sep 30 2021 00:04:00 | North Districts Community Credit Union, 5321 WM. Flynn Hwy, Gibsonia, PA 15044-9639 |
| 15396830 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 30 2021 00:04:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15384438 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 30 2021 00:04:00 | PNC Bank, Attn: Bankruptcy, Mailstop Br-Yb58-01-5, PO Box 94982, Cleveland, OH 44101 |
| 15384439 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 30 2021 00:04:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15384440 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 30 2021 00:04:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |

Case 21-21380-JAD    Doc 37    Filed 10/01/21    Entered 10/02/21 00:28:33    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15384437 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15384441 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 30 2021 00:04:00 | Quest Diagnostics, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 15384444 | | Email/Text: amieg@stcol.com | Sep 30 2021 00:04:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 15384443 | | Email/Text: courts@scott-pc.com | Sep 30 2021 00:04:00 | Scott & Associates PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 15398565 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 00:12:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15384445 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 00:12:16 | Synchrony Bank/Dick's Sporting Goods, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15384446 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 00:12:16 | Synchrony Bank/Levin Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15384447 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 00:12:24 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15384448 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 00:12:24 | Synchrony Bank/Stein Mart, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15384449 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 00:12:20 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 15384451 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 30 2021 00:04:00 | Transworld Systems Inc., 2135 E Primrose Suite Q, Springfield, MO 65804-4598 |
| 15384453 | + | Email/Text: BankruptcyNotice@upmc.edu | Sep 30 2021 00:04:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15400520 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 30 2021 00:12:18 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15384454 | | Email/Text: marsh@weinsteinimaging.com | Sep 30 2021 00:03:00 | Weinstein Imaging Associates, Manor Oak Two, 1910 Cochran Road, Suite 740, Pittsburgh, PA 15220-1213 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15385752 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 4 of 4 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 68 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021                                Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Hampton Township School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Debtor Ernest Brian Hardwick mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Cheryl M. Hardwick mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10