**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ERNEST BRIAN HARDWICK<br>CHERYL M. HARDWICK<br><br>                    Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>             Movant<br>     vs.<br>KEYBANK NA**<br><br>        Respondents | Case No. 21-21380JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   Per debtor attorney the vehicle has been totaled.

| | |
|---|---|
| KEYBANK NA**<br>POB 94968<br>CLEVELAND, OH 44101 | Court claim# 17/Trustee CID# 4 |

The Movant further certifies that on 01/31/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR |
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>ERNEST BRIAN HARDWICK, CHERYL M. HARDWICK, 2266 LINWOOD DR., ALLISON PARK, PA 15101 | ORIGINAL CREDITOR:<br>KEYBANK NA**, POB 94968, CLEVELAND, OH 44101 |
| :<br>KEYBANK NA**, ATTN NOTICES - BANKRUPTCY, 4910 TIEDEMAN RD, BROOKLYN, OH 44144 | DEBTOR'S COUNSEL:<br>SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA 15237 |
| NEW CREDITOR: | |