**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/17/2024

IN RE:

ERNEST BRIAN HARDWICK
CHERYL M. HARDWICK
2266 LINWOOD DR.
ALLISON PARK, PA 15101
XXX-XX-5190         Debtor(s)

XXX-XX-9336

Case No. 21-21380 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/17/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **GRB LAW**[**]<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)**[*]<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:2  INT %: 12.00%<br>Court Claim Number:27<br><br>CLAIM:  929.45<br>COMMENT:  615-E-205*CL27GOV*$1,443.71 TTL@0%/PL~STAT ISSUE*WNTS 12%*19,20/SCH-PL- | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  E205 |
| **HYUNDAI CAPITAL AMERICA DBA HYUNDAI MOT**<br>PO BOX 20809<br><br>FOUNTAIN VALLEY, CA  92728 | Trustee Claim Number:3  INT %: 3.25%<br>Court Claim Number:5-2<br><br>CLAIM:  16,808.55<br>COMMENT:  $CL5-2GOV@3.25%~PMT/CONF*17078@3.25%/PL*AMD | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4906 |
| **KEYBANK NA**[**]<br>POB 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:4  INT %: 3.25%<br>Court Claim Number:17<br><br>CLAIM:  24,418.42<br>COMMENT:  $CL17GOV@3.25%/PL~PMT/CONF*$24978@3.25%/PL*VEH TTLD~NTC RSV*DKT | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  3948 |
| **NORTH DISTRICTS COMMUNITY CU**[*]<br>5321 WILLIAM FLYNN HWY<br><br>GIBSONIA, PA  15044 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:NC<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL*632.60X60+2=LMT*$0 ARRS/PL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  0701 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL@PNC MTG/PL*352.82X 60+2=LMT*$0ARRS/PL-CL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  0192 |
| **HAMPTON TOWNSHIP (R/E TAX)**<br>C/O JORDAN TAX SVC(DELQ CLCTR)<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:7  INT %: 10.00%<br>Court Claim Number:28<br><br>CLAIM:  679.83<br>COMMENT:  615E205*CL28GOV*2103.64@0%TTL/PL~STAT ISSUE*WNTS 10%*19/SCH-PL*19-20/( | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  E205 |
| **HAMPTON TOWNSHIP SD (HAMPTON TWP) (RE)**<br>C/O JORDAN TAX SVC - DLNQ CLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:8  INT %: 10.00%<br>Court Claim Number:30<br><br>CLAIM:  4,237.29<br>COMMENT:  615-E-205*CL30GOV*NT PROV/PL*WNTS 10%*19-20/CL*19/PL*GU BAR OK*W/61 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  E205 |
| **INTERNAL REVENUE SERVICE**[*]<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NTC ONLY/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE**[*]<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA  17128-0946 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:2-2<br><br>CLAIM:  226.53<br>COMMENT:  CL2-2GOV*NT PROV/PL*AMD*NTC ONLY~NO$/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  5190 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **ADVANCED DIAGNOSTIC PATHOLOGY ASSOCIA**<br>5700 SOUTHWYCK BLVD<br><br>TOLEDO, OH 43614 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6483 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4627 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 117.12<br>COMMENT: X2919/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5190 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2919 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3999 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 12,110.38<br>COMMENT: MILEAGE PLUS*DSPTD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0418 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 9,721.84<br>COMMENT: CHASE PRIME*DSPTD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0705 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM: 1,323.72<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7220 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 8,628.48<br>COMMENT: THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7385 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:20<br><br>CLAIM: 8,636.22<br>COMMENT: THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0214 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br><br>PITTSBURGH, PA  15220 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  W PA SRGRY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8917 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  17,510.22<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9870 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  3,231.69<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6136 |
| **ENERBANK USA**<br>650 SOUTH MAIN ST STE 1000<br><br>SALT LAKE CITY, UT  84101 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  6,859.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5109 |
| **HAND & UPPER EX CNTR**<br>6001 STONEWOOD DR FL 2<br><br>WEXFORD, PA  15090 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8219 |
| **HAND & UPPER EX CNTR**<br>6001 STONEWOOD DR FL 2<br><br>WEXFORD, PA  15090 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9141 |
| **KOHLS**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141509<br><br>IRVING, TX  75014 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:25<br><br>CLAIM:  1,187.51<br>COMMENT:  CAP 1 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7438 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  4,707.54<br>COMMENT:  US BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6152 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:24<br><br>CLAIM:  13,905.25<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2791 |
| **QUEST DIAGNOSTIC**<br>7629 MARKET ST<br><br>YOUNGSTOWN, OH  44512 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7275 |

| Creditor | Claim Info | Description |
|---|---|---|
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br><br>CINCINNATI, OH  45274 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4153 |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br><br>CINCINNATI, OH  45274 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7767 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  1,408.91<br>COMMENT:  DICKS*FR SYNCH BNK C/O PRA*DOC 48 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2297 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  7,007.69<br>COMMENT:  SYNCHRONY*LEVIN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2080 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  8,103.17<br>COMMENT:  LOWES*FR SYNCH BNK C/O PRA*DOC 46 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5366 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  1,653.39<br>COMMENT:  STEIN MART*FR SYNCH BNK C/O PRA*DOC 47 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2690 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  361.52<br>COMMENT:  TJX*FR SYNCH BNK C/O PRA*DOC 49 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0958 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  1,503.97<br>COMMENT:  X8868/SCH*PASSAVANT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5190 |
| **WEINSTEIN IMAGING ASSOC**<br>1910 COCHRAN RD STE 740<br><br>PITTSBURGH, PA  15220 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4944 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br><br>DES MOINES, IA  50309 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  385.80<br>COMMENT:  X9129~FURNITURE MRKTNG/SCH*W/54*DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3740 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CHAPTER HOLDINGS FBO WESTERN PA SURGE**<br>PO BOX 748<br><br>TULLAHOMA, TN 37388 | Trustee Claim Number: 41   INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 125.97<br>COMMENT: X8917/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WEXFORD ANESTHESIA ASSOC**<br>6001 STONEWOOD DRIVE<br><br>WEXFORD, PA 15090 | Trustee Claim Number: 42   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3779 |
| **AMERICAN CREDIT BUREAU++**<br>2755 S FEDERAL HWY<br><br>BOYNTON BEACH, FL 33435 | Trustee Claim Number: 43   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br><br>ST CHARLES, MO 63301-4047 | Trustee Claim Number: 44   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA 02062 | Trustee Claim Number: 45   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT CONTROL LLC**<br>5757 PHANTOM DR STE 330<br><br>HAZELWOOD, MO 63042 | Trustee Claim Number: 46   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SCOTT AND ASSOCIATES**<br>PO BOX 115220<br><br>CARROLLTON, TX 75011 | Trustee Claim Number: 47   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 48   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 49   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br><br>TOLEDO, OH 43614 | Trustee Claim Number: 50   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA  17128-0946 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:2-2<br><br>CLAIM:  10.75<br>COMMENT:  NO GEN UNS/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5190 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br><br>DES MOINES, IA  50309 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  2,340.43<br>COMMENT:  2bAVD/CONF*NO SEC/SCH-PL*W/40 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3740 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  190.44<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **DUQUESNE LIGHT COMPANY(\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  244.02<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3181 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:27<br><br>CLAIM:  414.88<br>COMMENT:  615-E-205*CL27GOV*$1,443.71 TTL@0%/PL*NON-INT*19,20/SCH-PL-CL*W/2 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  E205 |
| **HAMPTON TOWNSHIP (R/E TAX)**<br>C/O JORDAN TAX SVC(DELQ CLCTR)<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:28<br><br>CLAIM:  328.88<br>COMMENT:  615E205*CL28GOV*2103.64 TTL@0%/PL*NON INT*19/SCH-PL*19-20/CL*GU BAR OK | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  E205 |
| **HAMPTON TOWNSHIP (STRM WTR)**<br>C/O JORDAN TAX SERVICE INC- DLNQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:59  INT %:  10.00%<br>Court Claim Number:29<br><br>CLAIM:  230.00<br>COMMENT:  615E202*CL29GOV*NT/SCH-PL*WNTS 10%*SVC THRU 6/9/21*GU BAR OK*W/60 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  E205 |
| **HAMPTON TOWNSHIP (STRM WTR)**<br>C/O JORDAN TAX SERVICE INC- DLNQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:29<br><br>CLAIM:  51.91<br>COMMENT:  615E202*CL29GOV*NT/SCH-PL*NON INT*SVC THRU 6/9/21*GU BAR OK*W/59 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  E205 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **HAMPTON TOWNSHIP SD (HAMPTON TWP) (RE)**<br>C/O JORDAN TAX SVC - DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:30<br>CLAIM: 1,326.57<br>COMMENT: 615-E-205*CL30GOV*NT PROV/PL*19~TWP+SD/SCH*NON-INT*19-20/CL*W/8 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: E205 |
| **HAMPTON TOWNSHIP SD (HAMPTON) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:62 INT %: 0.00%<br>Court Claim Number:31<br>CLAIM: 356.39<br>COMMENT: CL31GOV*NT/SCH-PL*2015, 2018*GU BAR OK*W/63 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5190 |
| **HAMPTON TOWNSHIP SD (HAMPTON) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:31<br>CLAIM: 144.46<br>COMMENT: NT/SCH*2015, 2018*GU BAR OK*W/62 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5190 |
| **HAMPTON TOWNSHIP (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:32<br>CLAIM: 356.41<br>COMMENT: CL32GOV*NT/SCH-PL*2018*GU BAR OK*W/65 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5190 |
| **HAMPTON TOWNSHIP (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:32<br>CLAIM: 144.39<br>COMMENT: NT/SCH*2015, 2018*GU BAR OK*W/64 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5190 |