**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: ERNEST BRIAN HARDWICK &** )<br>**CHERYL M. HARDWICK** ) | **Case No. 21-21380-JAD** |
| ) | **Chapter 13** |
| **Debtor(s).** ) | |
| _____ X | Related Docs. #69, 70 and 72 |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**      ☐ **Chapter 13 Plan dated:** _____

☐ **Authorizing Distributions Under On Interim Basis Solely as Protection**      ☒ **Amended Chapter 13 dated: August 8, 2024**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $2756 effective 3/22.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "<u>Plan</u>"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1.  **<u>Unique Provisions Applicable Only to This Case</u>:** *Only those provisions which are checked below apply to this case:*

    ☐   A.  For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $_____, beginning _____. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

-1-

☐ B. The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐ C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. *Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.* The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
*County of Allegheny CL.#27
*Hampton Township RE CL.#28,
*Hampton Township Storm Water CL.#29
*Hampton Township SD CL.#30

☐ H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined

-2-

☐    by Trustee to pay the claim in full during the Plan term:

_____

☐    I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☐    J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

_____

☒    K.  Additional Terms and Conditions:
*Clearview Federal Credit Union to be paid as a long term continuing debt at $260.92 a month beginning June 2024 for the post-petition vehicle.

*All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.

**2. Deadlines.** The following deadlines are hereby established and apply to this case:

    **A.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    **B.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

    **C.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine

the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

      **D.**      **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

      **3.**      <u>**Additional Provisions.**</u>  **The following additional provisions apply in this case:**

      **A.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

      **B.**      The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

      **C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

      **D.**      Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

      **E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

      **F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed **secured claim** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

  **G.** The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

  **H.** The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: 9/20/2024

                     United States Bankruptcy Judge sjk
                     Jeffery A. Deller

cc: All Parties in Interest to be served by Clerk

FILED
9/20/24 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-5-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 21-21380-JAD

Ernest Brian Hardwick                                      Chapter 13

Cheryl M. Hardwick

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                   Page 1 of 5

Date Rcvd: Sep 20, 2024                       Form ID: pdf900                        Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ernest Brian Hardwick, Cheryl M. Hardwick, 2266 Linwood Dr., Allison Park, PA 15101-3537 |
| 15384413 | | Advanced Diagnostic Path Assoc, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 15384415 | + | Allegheny Health Network, 8686 New Trails Dr, Suite 100, The Woodlands, TX 77381-1195 |
| 15384421 | + | County of Allegheny, Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15384429 | + | Hand and Upper Ex Center, 6001 Stonewood Drive, Wexford, PA 15090-7380 |
| 15384432 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15384442 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15384450 | + | Township of Hampton, Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15384456 | | Western PA Surgery Center, 6001 Stonewood Dr, Wexford, PA 15090-7380 |
| 15384457 | | Wexford Anesthesia Associates, 6001 Stonewood Dr, Wexford, PA 15090-7380 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 20 2024 23:27:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 20 2024 23:27:00 | Hampton Township School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 20 2024 23:27:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 20 2024 23:27:00 | Township of Hampton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15384414 | ^ | MEBN | Sep 20 2024 23:22:19 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15384416 | + | Email/Text: bankruptcy@acbhq.com | Sep 20 2024 23:27:00 | American Credit Bureau, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432-2813 |
| 15384423 | | Email/Text: correspondence@credit-control.com | Sep 20 2024 23:27:00 | Credit Control, LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042 |
| 15384418 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 23:36:35 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 15401436 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 23:36:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15384419 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | |
|---|---|---|---|
| | | Sep 20 2024 23:36:18 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 15384420 | + Email/Text: mediamanagers@clientservices.com | Sep 20 2024 23:27:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15404328 | + Email/Text: ebnjts@grblaw.com | Sep 20 2024 23:27:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15384422 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 20 2024 23:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15384426 | Email/Text: bdsupport@creditmanagementcompany.com | Sep 20 2024 23:28:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15384424 | + Email/Text: bdsupport@creditmanagementcompany.com | Sep 20 2024 23:28:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15384425 | + Email/Text: bdsupport@creditmanagementcompany.com | Sep 20 2024 23:28:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15385837 | Email/Text: mrdiscen@discover.com | Sep 20 2024 23:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15384427 | + Email/Text: mrdiscen@discover.com | Sep 20 2024 23:27:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15402496 | + Email/Text: kburkley@bernsteinlaw.com | Sep 20 2024 23:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15384428 | + Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Sep 20 2024 23:27:00 | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 15386128 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 20 2024 23:28:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 15407972 | + Email/Text: Bankruptcy@keystonecollects.com | Sep 20 2024 23:27:00 | Hampton Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407971 | + Email/Text: Bankruptcy@keystonecollects.com | Sep 20 2024 23:27:00 | Hampton Township School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin PA 15642-7539 |
| 15404330 | + Email/Text: ebnjts@grblaw.com | Sep 20 2024 23:27:00 | Hampton Township School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15384430 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 20 2024 23:28:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 15384431 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2024 23:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15384417 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2024 23:25:33 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 15395459 | + Email/Text: RASEBN@raslg.com | Sep 20 2024 23:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15384433 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 20 2024 23:28:00 | KeyBank/US Bank, Attn: Bankruptcy, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 15403505 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2024 23:27:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15384434 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2024 23:27:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15604132 | + Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient ID | Code | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Sep 20 2024 23:36:35 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15385442 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 23:36:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15384435 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 23:36:34 | LVNV Funding, LLC, c/o Resurgent Capital, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 15384436 | | Email/Text: paul@ndcupa.org | Sep 20 2024 23:27:00 | North Districts Community Credit Union, 5321 WM. Flynn Hwy, Gibsonia, PA 15044-9639 |
| 15396830 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2024 23:27:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15384438 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2024 23:27:00 | PNC Bank, Attn: Bankruptcy, Mailstop Br-Yb58-01-5, PO Box 94982, Cleveland, OH 44101 |
| 15384439 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2024 23:27:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15384440 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2024 23:27:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 15384437 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2024 23:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15384441 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 20 2024 23:28:00 | Quest Diagnostics, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 15384444 | | Email/Text: amieg@stcol.com | Sep 20 2024 23:27:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 15384443 | | Email/Text: courts@scott-pc.com | Sep 20 2024 23:28:00 | Scott & Associates PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 15398565 | ^ | MEBN | Sep 20 2024 23:22:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15384445 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 23:25:32 | Synchrony Bank/Dick's Sporting Goods, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15384446 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 23:36:48 | Synchrony Bank/Levin Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15384447 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 23:26:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15384448 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 23:26:03 | Synchrony Bank/Stein Mart, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15384449 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 23:26:03 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 15404329 | + | Email/Text: ebnjts@grblaw.com | Sep 20 2024 23:27:00 | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15384451 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 20 2024 23:28:00 | Transworld Systems Inc., 2135 E Primrose Suite Q, Springfield, MO 65804-4598 |
| 15384453 | + | Email/Text: BankruptcyNotice@upmc.edu | Sep 20 2024 23:28:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15397655 | | Email/Text: BNCnotices@dcmservices.com | Sep 20 2024 23:27:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15397651 | | Email/Text: BNCnotices@dcmservices.com | Sep 20 2024 23:27:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15384452 | + | Email/Text: BAN5620@UCBINC.COM | | |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| | | Sep 20 2024 23:27:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 15400520 | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 23:36:14 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15384454 | Email/Text: deely@weinsteinimaging.com | Sep 20 2024 23:27:00 | Weinstein Imaging Associates, Manor Oak Two, 1910 Cochran Road, Suite 740, Pittsburgh, PA 15220-1213 |
| 15389331 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 20 2024 23:36:34 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15384455 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 20 2024 23:25:33 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15604133 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15604134 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15604135 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15385752 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Hampton Township School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 69 |

| | |
|---|---|
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mark G. Moynihan | on behalf of Debtor Ernest Brian Hardwick markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Cheryl M. Hardwick markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Ernest Brian Hardwick shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Joint Debtor Cheryl M. Hardwick shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 12