IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 21-21380 |
| Ernest Brian Hardwick & | : | |
| Cheryl M. Hardwick, Debtors | : | |
| | : | |
| Ernest Brian Hardwick & | : | |
| Cheryl M. Hardwick , Movants | : | |
| | : | |
| v. | : | |
| Wells Fargo Bank, NA | : | |
| Respondent | : | |

**CERTIFICATE OF NO OBJECTION REGARDING THE DEBTORS' OBJECTION TO CLAIM OF WELLS FARGO BANK N.A.**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Claim filed on June 4, 2026 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 3, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,


/s/Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtors
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com