IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 21-21380-JAD |
| Ernest Brian Hardwick & | : | |
| Cheryl M. Hardwick, Debtors | : | Chapter 13 |
| | : | |
| Ernest Brian Hardwick & | : | |
| Cheryl M. Hardwick , Movants | : | Related to Doc. #76 |
| | : | |
| v. | : | |
| Wells Fargo Bank, NA | : | **DEFAULT O/E JAD** |
| Respondent | : | |
| _____X | | |

## ORDER OF COURT

AND NOW, this 16th day of ___July___, 2026, upon the Debtor's Objection to Claim

filed hereto, it is hereby ORDERED AND ADJUDGED that the claim of Wells Fargo Bank, NA

(Claim 6-1) shall be deemed as fully unsecured.

_____ sjk
JEFFERY DELLER,
United States Bankruptcy Judge

FILED
7/16/26 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-21380-JAD

Ernest Brian Hardwick | Chapter 13

Cheryl M. Hardwick

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ernest Brian Hardwick, Cheryl M. Hardwick, 2266 Linwood Dr., Allison Park, PA 15101-3537 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15389331 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 17 2026 01:52:39 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Hampton Township School District jhunt@grblaw.com |
| Keri P. Ebeck | |

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Jul 16, 2026                                Form ID: pdf900                               Total Noticed: 2

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Mark G. Moynihan

on behalf of Joint Debtor Cheryl M. Hardwick markgmoynihan@yahoo.com
moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan

on behalf of Debtor Ernest Brian Hardwick markgmoynihan@yahoo.com
moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Matthew Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright

on behalf of Joint Debtor Cheryl M. Hardwick shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright

on behalf of Debtor Ernest Brian Hardwick shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com


TOTAL: 12