**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ERNEST BRIAN HARDWICK** |
| Debtor 2 (Spouse, if filing) | **CHERYL M. HARDWICK** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **21-21380JAD** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   PNC BANK NA

**Court claim no.**  (if known):
11

**Last 4 digits** of any number you use to identify the debtor's account:    0   1   9   2

**Property Address:**

2266 LINWOOD DR
Number        Street

ALLISON PARK                                        PA      15101
City                                                     State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:** **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:      $          21,522.02

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
June 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:      $          -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour                                    Date    07/30/2026
Signature

Trustee    Ronda J. Winnecour
First Name          Middle Name          Last Name

Address    CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number        Street

PITTSBURGH                          PA      15219
City                                State    ZIP Code

Contact phone   (412) 471-5566          Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **HARDWICK** | | | | Case Number **21-21380JAD** | | Page 1 |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 11 | PNC BANK NA | 07/26/2021 | 1204780 | Amounts Disbursed To Creditor | 362.18 |
| 11 | PNC BANK NA | 08/26/2021 | 1207928 | Amounts Disbursed To Creditor | 362.72 |
| 11 | PNC BANK NA | 09/24/2021 | 1211028 | Amounts Disbursed To Creditor | 362.63 |
| 11 | PNC BANK NA | 10/25/2021 | 1214104 | Amounts Disbursed To Creditor | 355.61 |
| 11 | PNC BANK NA | 11/22/2021 | 1217140 | Amounts Disbursed To Creditor | 381.28 |
| 11 | PNC BANK NA | 12/23/2021 | 1220215 | Amounts Disbursed To Creditor | 400.83 |
| 11 | PNC BANK NA | 01/26/2022 | 1223278 | Amounts Disbursed To Creditor | 415.31 |
| 11 | PNC BANK NA | 02/23/2022 | 1226151 | Amounts Disbursed To Creditor | 438.87 |
| 11 | PNC BANK NA | 03/25/2022 | 1229122 | Amounts Disbursed To Creditor | 496.37 |
| 11 | PNC BANK NA | 04/26/2022 | 1232161 | Amounts Disbursed To Creditor | 465.99 |
| 11 | PNC BANK NA | 05/25/2022 | 1235204 | Amounts Disbursed To Creditor | 466.24 |
| 11 | PNC BANK NA | 06/27/2022 | 1238226 | Amounts Disbursed To Creditor | 431.45 |
| 11 | PNC BANK NA | 07/26/2022 | 1241162 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 08/24/2022 | 1244046 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 09/27/2022 | 1246927 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 09/28/2022 | 1246927 | Cancelled Check To Creditor/Continuing De | -352.82 |
| 11 | PNC BANK NA | 09/28/2022 | 1247824 | Prewritten Check To Creditor/Continuing De | 352.82 |
| 11 | PNC BANK NA | 10/25/2022 | 1249729 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 11/23/2022 | 1252522 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 12/22/2022 | 1255263 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 01/26/2023 | 1257995 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 02/23/2023 | 1260585 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 03/28/2023 | 1263372 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 04/25/2023 | 1266180 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 05/25/2023 | 1269050 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 06/26/2023 | 1271939 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 07/25/2023 | 1274683 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 08/25/2023 | 1277465 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 09/26/2023 | 1280196 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 10/25/2023 | 1282906 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 11/27/2023 | 1285584 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 12/21/2023 | 1288158 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 01/26/2024 | 1290854 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 02/26/2024 | 1293498 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 03/26/2024 | 1296149 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 04/25/2024 | 1298812 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 05/29/2024 | 1301519 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 06/25/2024 | 1304045 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 07/25/2024 | 1306655 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 08/26/2024 | 1309212 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 09/25/2024 | 1311811 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 10/25/2024 | 1314338 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 11/25/2024 | 1316902 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 12/23/2024 | 1319294 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 01/28/2025 | 1321798 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 02/25/2025 | 1324214 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 03/26/2025 | 1326705 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 04/25/2025 | 1329179 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 05/23/2025 | 1331582 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 06/25/2025 | 1334034 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 07/25/2025 | 1336509 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 08/26/2025 | 1338917 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 09/25/2025 | 1341336 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 10/24/2025 | 1343809 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 11/21/2025 | 1346099 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 12/23/2025 | 1348460 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 01/27/2026 | 1350848 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 02/24/2026 | 1353206 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 03/25/2026 | 1355602 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 04/27/2026 | 1358003 | Amounts Disbursed To Creditor | 352.82 |
| 11 | PNC BANK NA | 05/27/2026 | 1360407 | Amounts Disbursed To Creditor | 352.82 |
| | | | | Total for Claim Number 11: | 21,522.02 |

**Total for Part 4 - a (Postpetition Payments):**   **21,522.02**

### Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

ERNEST BRIAN HARDWICK
CHERYL M. HARDWICK
2266 LINWOOD DR.
ALLISON PARK, PA  15101

SHAWN N WRIGHT ESQ
LAW OFFICE OF SHAWN N WRIGHT
7240 MCKNIGHT RD
PITTSBURGH, PA  15237

PNC BANK NA
PO BOX 94982
CLEVELAND, OH  44101

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

Dated: 07/30/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee