<div style="border:1px solid black">

**Fill in this information to identify the case:**

Debtor 1 **ERNEST BRIAN HARDWICK**

Debtor 2 **CHERYL M. HARDWICK**
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Western District of Pennsylvania**

(State)

Case Number **21-21380JAD**

</div>

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:** NORTH DISTRICTS COMMUNITY CREDIT UNION*

**Court claim no.** (if known):
NC

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 0 1

**Property Address:** 2266 LINWOOD DR
Number        Street

ALLISON PARK                                     PA    15101
City                                                  State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:** **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $          38,588.60

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
June 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

 Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $          -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour                                        Date   07/30/2026
Signature

Trustee          Ronda J. Winnecour
          First Name          Middle Name          Last Name

Address          CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
          Number          Street

          PITTSBURGH                              PA      15219
          City                              State      ZIP Code

Contact phone   (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **HARDWICK** | | | Case Number **21-21380JAD** | | | Page 1 |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| NC | NORTH DISTRICTS COMMUNITY CU* | 07/26/2021 | 1204569 | Amounts Disbursed To Creditor | 649.38 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 08/26/2021 | 1207698 | Amounts Disbursed To Creditor | 650.36 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 09/24/2021 | 1210815 | Amounts Disbursed To Creditor | 650.18 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 10/25/2021 | 1213885 | Amounts Disbursed To Creditor | 637.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 11/22/2021 | 1216923 | Amounts Disbursed To Creditor | 683.63 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 12/23/2021 | 1219998 | Amounts Disbursed To Creditor | 718.68 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 01/26/2022 | 1223057 | Amounts Disbursed To Creditor | 744.65 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 02/23/2022 | 1225934 | Amounts Disbursed To Creditor | 786.88 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 03/25/2022 | 1228895 | Amounts Disbursed To Creditor | 889.98 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 04/26/2022 | 1231938 | Amounts Disbursed To Creditor | 835.51 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 05/25/2022 | 1234977 | Amounts Disbursed To Creditor | 835.97 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 06/27/2022 | 1238002 | Amounts Disbursed To Creditor | 773.58 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 07/26/2022 | 1240946 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 08/24/2022 | 1243833 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 09/27/2022 | 1246705 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 10/25/2022 | 1249523 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 11/23/2022 | 1252311 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 12/22/2022 | 1255062 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 01/26/2023 | 1257798 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 02/23/2023 | 1260402 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 03/28/2023 | 1263180 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 04/25/2023 | 1265992 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 05/25/2023 | 1268857 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 06/26/2023 | 1271760 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 07/25/2023 | 1274509 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 08/25/2023 | 1277284 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 09/26/2023 | 1280020 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 10/25/2023 | 1282734 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 11/27/2023 | 1285400 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 12/21/2023 | 1287990 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 01/26/2024 | 1290672 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 02/26/2024 | 1293330 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 03/26/2024 | 1295980 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 04/25/2024 | 1298636 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 05/29/2024 | 1301352 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 06/25/2024 | 1303881 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 07/25/2024 | 1306483 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 08/26/2024 | 1309053 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 09/25/2024 | 1311641 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 10/25/2024 | 1314171 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 11/25/2024 | 1316735 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 12/23/2024 | 1319136 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 01/28/2025 | 1321634 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 02/25/2025 | 1324068 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 03/26/2025 | 1326552 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 04/25/2025 | 1329017 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 05/23/2025 | 1331434 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 06/25/2025 | 1333881 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 07/25/2025 | 1336348 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 08/26/2025 | 1338755 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 09/25/2025 | 1341171 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 10/24/2025 | 1343645 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 11/21/2025 | 1345945 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CU* | 12/23/2025 | 1348287 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CRE | 01/27/2026 | 1350685 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CRE | 02/24/2026 | 1353038 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CRE | 03/25/2026 | 1355445 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CRE | 04/27/2026 | 1357837 | Amounts Disbursed To Creditor | 632.60 |
| NC | NORTH DISTRICTS COMMUNITY CRE | 05/27/2026 | 1360240 | Amounts Disbursed To Creditor | 632.60 |
| | | | | Total for Claim Number NC: | 38,588.60 |

**Total for Part 4 - a (Postpetition Payments):** 38,588.60

## Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

ERNEST BRIAN HARDWICK
CHERYL M. HARDWICK
2266 LINWOOD DR.
ALLISON PARK, PA  15101

SHAWN N WRIGHT ESQ
LAW OFFICE OF SHAWN N WRIGHT
7240 MCKNIGHT RD
PITTSBURGH, PA  15237

NORTH DISTRICTS COMMUNITY CREDIT
UNION*
101 NORTHTOWNE SQUARE
GIBSONIA, PA  15044

Dated: 07/30/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee