**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ERNEST BRIAN HARDWICK
CHERYL M. HARDWICK
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:21-21380 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 28, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/09/2021  and confirmed on 7/13/21 .  The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 175,942.84 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 175,942.84 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,000.00 | |
| Trustee Fee | 8,901.66 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,901.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| NORTH DISTRICTS COMMUNITY CREDIT | 0.00 | 38,588.60 | 0.00 | 38,588.60 |
| Acct: 0701 | | | | |
| PNC BANK NA | 0.00 | 21,522.02 | 0.00 | 21,522.02 |
| Acct: 0192 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 929.45 | 929.45 | 206.14 | 1,135.59 |
| Acct: E205 | | | | |
| HAMPTON TOWNSHIP (R/E TAX) | 679.83 | 679.83 | 125.43 | 805.26 |
| Acct: E205 | | | | |
| HAMPTON TOWNSHIP SD (HAMPTON TW | 4,237.29 | 4,237.29 | 816.53 | 5,053.82 |
| Acct: E205 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 414.88 | 414.88 | 0.00 | 414.88 |
| Acct: E205 | | | | |
| HAMPTON TOWNSHIP (R/E TAX) | 328.88 | 328.88 | 0.00 | 328.88 |
| Acct: E205 | | | | |
| HAMPTON TOWNSHIP (STRM WTR) | 230.00 | 230.00 | 44.37 | 274.37 |
| Acct: E205 | | | | |
| HAMPTON TOWNSHIP (STRM WTR) | 51.91 | 51.91 | 0.00 | 51.91 |
| Acct: E205 | | | | |
| HAMPTON TOWNSHIP SD (HAMPTON TW | 1,326.57 | 1,326.57 | 0.00 | 1,326.57 |
| Acct: E205 | | | | |
| HYUNDAI CAPITAL AMERICA DBA HYUND/ | 16,808.55 | 16,808.55 | 1,440.44 | 18,248.99 |
| Acct: 4906 | | | | |
| KEYBANK NA** | 22,960.68 | 22,960.68 | 1,209.22 | 24,169.90 |
| Acct: 3948 | | | | |
| | | | | 111,920.79 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERNEST BRIAN HARDWICK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

21-21380 JAD

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| MARK G MOYNIHAN ESQ | 2,640.81 | 2,640.81 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAWN N WRIGHT ESQ | 359.19 | 359.19 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 226.53 | 226.53 | 0.00 | 226.53 |
| Acct: 5190 | | | | |
| HAMPTON TOWNSHIP SD (HAMPTON) (EI | 356.39 | 356.39 | 0.00 | 356.39 |
| Acct: 5190 | | | | |
| HAMPTON TOWNSHIP (EIT) | 356.41 | 356.41 | 0.00 | 356.41 |
| Acct: 5190 | | | | |
| CLEARVIEW FCU** | 0.00 | 6,523.00 | 0.00 | 6,523.00 |
| Acct: | | | | |
| | | | | 7,462.33 |
| **Unsecured** | | | | |
| ADVANCED DIAGNOSTIC PATHOLOGY AS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6483 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4627 | | | | |
| UPMC PHYSICIAN SERVICES | 117.12 | 46.89 | 0.00 | 46.89 |
| Acct: 5190 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2919 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3999 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 12,110.38 | 4,848.15 | 0.00 | 4,848.15 |
| Acct: 0418 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 9,721.84 | 3,891.94 | 0.00 | 3,891.94 |
| Acct: 0705 | | | | |
| LVNV FUNDING LLC | 1,323.72 | 529.92 | 0.00 | 529.92 |
| Acct: 7220 | | | | |
| CITIBANK NA** | 8,628.48 | 3,454.24 | 0.00 | 3,454.24 |
| Acct: 7385 | | | | |
| CITIBANK NA** | 8,636.22 | 3,457.34 | 0.00 | 3,457.34 |
| Acct: 0214 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8917 | | | | |
| DISCOVER BANK(*) | 17,510.22 | 7,009.87 | 0.00 | 7,009.87 |
| Acct: 9870 | | | | |
| DISCOVER BANK(*) | 3,231.69 | 1,293.74 | 0.00 | 1,293.74 |
| Acct: 6136 | | | | |
| ENERBANK USA | 6,859.00 | 2,745.86 | 0.00 | 2,745.86 |
| Acct: 5109 | | | | |
| HAND & UPPER EX CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8219 | | | | |
| HAND & UPPER EX CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9141 | | | | |
| KOHLS | 1,187.51 | 475.40 | 0.00 | 475.40 |
| Acct: 7438 | | | | |
| LVNV FUNDING LLC | 4,707.54 | 1,884.57 | 0.00 | 1,884.57 |
| Acct: 6152 | | | | |
| PNC BANK NA | 13,905.25 | 5,566.69 | 0.00 | 5,566.69 |
| Acct: 2791 | | | | |
| QUEST DIAGNOSTIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7275 | | | | |
| QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4153 | | | | |
| QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7767 | | | | |
| LVNV FUNDING LLC | 1,408.91 | 564.03 | 0.00 | 564.03 |

21-21380 JAD

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2297 | | | | |
| LVNV FUNDING LLC | 7,007.69 | 2,805.39 | 0.00 | 2,805.39 |
| Acct: 2080 | | | | |
| LVNV FUNDING LLC | 8,103.17 | 3,243.94 | 0.00 | 3,243.94 |
| Acct: 5366 | | | | |
| LVNV FUNDING LLC | 1,653.39 | 661.90 | 0.00 | 661.90 |
| Acct: 2690 | | | | |
| LVNV FUNDING LLC | 361.52 | 144.73 | 0.00 | 144.73 |
| Acct: 0958 | | | | |
| UPMC HEALTH SERVICES | 1,503.97 | 602.08 | 0.00 | 602.08 |
| Acct: 5190 | | | | |
| WEINSTEIN IMAGING ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4944 | | | | |
| WELLS FARGO BANK NA | 385.80 | 154.45 | 0.00 | 154.45 |
| Acct: 3740 | | | | |
| CHAPTER HOLDINGS FBO WESTERN PA | 125.97 | 50.43 | 0.00 | 50.43 |
| Acct: | | | | |
| WEXFORD ANESTHESIA ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3779 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5190 | | | | |
| WELLS FARGO BANK NA | 2,340.43 | 936.94 | 0.00 | 936.94 |
| Acct: 3740 | | | | |
| VERIZON BY AMERICAN INFOSOURCE - A | 190.44 | 76.24 | 0.00 | 76.24 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 244.02 | 97.69 | 0.00 | 97.69 |
| Acct: 3181 | | | | |
| HAMPTON TOWNSHIP SD (HAMPTON) (EI | 144.46 | 57.83 | 0.00 | 57.83 |
| Acct: 5190 | | | | |
| HAMPTON TOWNSHIP (EIT) | 144.39 | 57.80 | 0.00 | 57.80 |
| Acct: 5190 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN CREDIT BUREAU++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLIENT SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT CONTROL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SCOTT AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 44,658.06 |

TOTAL PAID TO CREDITORS                                                                                      164,041.18

21-21380 JAD

TOTAL CLAIMED
PRIORITY           939.33
SECURED         47,968.04
UNSECURED     111,553.13

Date: 07/28/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ERNEST BRIAN HARDWICK
    CHERYL M. HARDWICK
           Debtor(s)

Case No.:21-21380 JAD

Chapter 13

Ronda J. Winnecour
          Movant

Document No.:

        vs.
No Repondents.

**ORDER OF COURT**

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21380-JAD |
| Ernest Brian Hardwick | Chapter 13 |
| Cheryl M. Hardwick | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jul 29, 2026 | Form ID: pdf900 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ernest Brian Hardwick, Cheryl M. Hardwick, 2266 Linwood Dr., Allison Park, PA 15101-3537 |
| 15384413 | | Advanced Diagnostic Path Assoc, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 15384415 | + | Allegheny Health Network, 8686 New Trails Dr, Suite 100, The Woodlands, TX 77381-1195 |
| 15384421 | + | County of Allegheny, Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15384429 | + | Hand and Upper Ex Center, 6001 Stonewood Drive, Wexford, PA 15090-7380 |
| 15384432 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15403505 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15384450 | + | Township of Hampton, Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15384455 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 15384456 | | Western PA Surgery Center, 6001 Stonewood Dr, Wexford, PA 15090-7380 |
| 15384457 | | Wexford Anesthesia Associates, 6001 Stonewood Dr, Wexford, PA 15090-7380 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 30 2026 00:41:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 30 2026 00:42:00 | Hampton Township School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 30 2026 00:41:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 30 2026 00:42:00 | Township of Hampton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15384414 | ^ | MEBN | Jul 30 2026 00:34:11 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15384416 | + | Email/Text: bankruptcy@acbhq.com | Jul 30 2026 00:42:00 | American Credit Bureau, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432-2813 |
| 15384423 | | Email/Text: correspondence@credit-control.com | Jul 30 2026 00:42:00 | Credit Control, LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042 |
| 15384417 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2026 00:47:23 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 15384418 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:17 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |

| 15401436 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:17 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15384419 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:28 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 15384420 | + Email/Text: mediamanagers@clientservices.com | Jul 30 2026 00:41:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15404328 | + Email/Text: ebnjts@grblaw.com | Jul 30 2026 00:41:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15384422 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jul 30 2026 00:43:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15384426 | Email/Text: bdsupport@creditmanagementcompany.com | Jul 30 2026 00:42:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15384424 | + Email/Text: bdsupport@creditmanagementcompany.com | Jul 30 2026 00:42:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15384425 | + Email/Text: bdsupport@creditmanagementcompany.com | Jul 30 2026 00:42:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15385837 | Email/Text: mrdiscen@discover.com | Jul 30 2026 00:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15384427 | + Email/Text: mrdiscen@discover.com | Jul 30 2026 00:41:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15402496 | + Email/Text: kburkley@bernsteinlaw.com | Jul 30 2026 00:43:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15384428 | + Email/Text: EB_Collectionsbk@Regions.com | Jul 30 2026 00:42:00 | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 15386128 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 30 2026 00:43:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 15407972 | + Email/Text: Bankruptcy@keystonecollects.com | Jul 30 2026 00:42:00 | Hampton Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407971 | + Email/Text: Bankruptcy@keystonecollects.com | Jul 30 2026 00:42:00 | Hampton Township School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin PA 15642-7539 |
| 15404330 | + Email/Text: ebnjts@grblaw.com | Jul 30 2026 00:42:00 | Hampton Township School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15384430 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 30 2026 00:43:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 15384431 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2026 00:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15395459 | + Email/Text: RASEBN@raslg.com | Jul 30 2026 00:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15384433 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 30 2026 00:42:00 | KeyBank/US Bank, Attn: Bankruptcy, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 15384434 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2026 00:47:24 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15604132 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 00:47:26 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0315-2 | User: auto | Page 3 of 5
Date Rcvd: Jul 29, 2026 | Form ID: pdf900 | Total Noticed: 69

| 15385442 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 30 2026 00:47:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15384435 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 30 2026 00:47:16 | LVNV Funding, LLC, c/o Resurgent Capital, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 15384436 | | Email/Text: paul@ndcupa.org | | |
| | | | Jul 30 2026 00:41:00 | North Districts Community Credit Union, 5321 WM. Flynn Hwy, Gibsonia, PA 15044-9639 |
| 15396830 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 30 2026 00:41:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15384438 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 30 2026 00:41:00 | PNC Bank, Attn: Bankruptcy, Mailstop Br-Yb58-01-5, PO Box 94982, Cleveland, OH 44101 |
| 15384439 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 30 2026 00:41:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15384440 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 30 2026 00:41:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 15384437 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jul 30 2026 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15384442 | ^ | MEBN | | |
| | | | Jul 30 2026 00:34:32 | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15384441 | + | Email/Text: BankruptcyMail@questdiagnostics.com | | |
| | | | Jul 30 2026 00:43:00 | Quest Diagnostics, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 15384444 | | Email/Text: amieg@stcol.com | | |
| | | | Jul 30 2026 00:41:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 15384443 | | Email/Text: courts@scott-pc.com | | |
| | | | Jul 30 2026 00:43:00 | Scott & Associates PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 15398565 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 30 2026 00:47:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15384445 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 30 2026 00:47:23 | Synchrony Bank/Dick's Sporting Goods, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15384446 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 30 2026 00:47:14 | Synchrony Bank/Levin Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15384447 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 30 2026 00:47:24 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15384448 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 30 2026 00:47:14 | Synchrony Bank/Stein Mart, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15384449 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 30 2026 00:47:32 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 15404329 | + | Email/Text: ebnjts@grblaw.com | | |
| | | | Jul 30 2026 00:42:00 | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15384451 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Jul 30 2026 00:42:00 | Transworld Systems Inc., 2135 E Primrose Suite Q, Springfield, MO 65804-4598 |
| 15384453 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Jul 30 2026 00:42:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15397655 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Jul 30 2026 00:42:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15397651 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Jul 30 2026 00:42:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Jul 29, 2026 | Form ID: pdf900 | Total Noticed: 69

| | | | | |
|---|---|---|---|---|
| 15384452 | + Email/Text: BAN5620@UCBINC.COM | Jul 30 2026 00:42:00 | | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 15400520 | Email/PDF: ebn_ais@aisinfo.com | Jul 30 2026 00:47:26 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15384454 | Email/Text: deely@weinsteinimaging.com | Jul 30 2026 00:41:00 | | Weinstein Imaging Associates, Manor Oak Two, 1910 Cochran Road, Suite 740, Pittsburgh, PA 15220-1213 |
| 15389331 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 30 2026 00:47:34 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15604133 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15604134 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15604135 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15385752 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Hampton Township School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Mark G. Moynihan | on behalf of Debtor Ernest Brian Hardwick markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Cheryl M. Hardwick markgmoynihan@yahoo.com |

District/off: 0315-2

Date Rcvd: Jul 29, 2026

User: auto

Form ID: pdf900

Page 5 of 5

Total Noticed: 69

moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Matthew Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright

on behalf of Joint Debtor Cheryl M. Hardwick shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright

on behalf of Debtor Ernest Brian Hardwick shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 12