IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

DEFAULT O/E JAD

IN RE:
ERNEST BRIAN HARDWICK
CHERYL M. HARDWICK
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:21-21380-JAD

Chapter 13

Related to Doc No.: 81

ORDER OF COURT

AND NOW, this 23rd day of September, 2026, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminat and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

(7) The Debtor(s) SHALL FILE his/her Certificate of Discharge Eligibility by 10/14/2026 or sanctions may be imposed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE sjk

Jeffery A. Deller

FILED
9/23/26 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21380-JAD
Ernest Brian Hardwick Chapter 13
Cheryl M. Hardwick
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 5
Date Rcvd: Sep 23, 2026 Form ID: pdf900 Total Noticed: 70

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ernest Brian Hardwick, Cheryl M. Hardwick, 2266 Linwood Dr., Allison Park, PA 15101-3537 |
| 15384413 | | Advanced Diagnostic Path Assoc, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 15384415 | + | Allegheny Health Network, 8686 New Trails Dr, Suite 100, The Woodlands, TX 77381-1195 |
| 15384421 | + | County of Allegheny, Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15384429 | + | Hand and Upper Ex Center, 6001 Stonewood Drive, Wexford, PA 15090-7380 |
| 15384432 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15403505 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15384450 | + | Township of Hampton, Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15384455 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 15384456 | | Western PA Surgery Center, 6001 Stonewood Dr, Wexford, PA 15090-7380 |
| 15384457 | | Wexford Anesthesia Associates, 6001 Stonewood Dr, Wexford, PA 15090-7380 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 24 2026 02:33:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 24 2026 02:33:00 | Hampton Township School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 24 2026 02:33:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 24 2026 02:33:00 | Township of Hampton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2026 02:42:10 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15384414 | ^ | MEBN | Sep 24 2026 02:30:07 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15384416 | + | Email/Text: bankruptcy@acbhq.com | Sep 24 2026 02:33:00 | American Credit Bureau, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432-2813 |
| 15384423 | | Email/Text: correspondence@credit-control.com | Sep 24 2026 02:33:00 | Credit Control, LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042 |
| 15384417 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2026 02:42:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |

| | | | | |
|---|---|---|---|---|
| 15384418 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 02:42:04 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 15401436 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 02:42:11 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15384419 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 02:42:17 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 15384420 | + | Email/Text: mediamanagers@clientservices.com | Sep 24 2026 02:33:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15404328 | + | Email/Text: ebnjts@grblaw.com | Sep 24 2026 02:33:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15384422 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 24 2026 02:34:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15384426 | | Email/Text: bdsupport@creditmanagementcompany.com | Sep 24 2026 02:34:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15384424 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 24 2026 02:34:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15384425 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 24 2026 02:34:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15385837 | | Email/Text: mrdiscen@discover.com | Sep 24 2026 02:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15384427 | + | Email/Text: mrdiscen@discover.com | Sep 24 2026 02:33:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15402496 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 24 2026 02:34:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15384428 | + | Email/Text: EB_Collectionsbk@Regions.com | Sep 24 2026 02:33:00 | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 15386128 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 24 2026 02:34:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 15407972 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 24 2026 02:33:00 | Hampton Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407971 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 24 2026 02:33:00 | Hampton Township School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin PA 15642-7539 |
| 15404330 | + | Email/Text: ebnjts@grblaw.com | Sep 24 2026 02:33:00 | Hampton Township School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15384430 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 24 2026 02:34:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 15384431 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2026 02:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15395459 | + | Email/Text: RASEBN@raslg.com | Sep 24 2026 02:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15384433 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 24 2026 02:33:00 | KeyBank/US Bank, Attn: Bankruptcy, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 15403505 | ^ | MEBN | Sep 24 2026 02:32:03 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

| | | | | |
|---|---|---|---|---|
| 15384434 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2026 02:42:08 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15604132 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:09 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15385442 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15384435 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:09 | LVNV Funding, LLC, c/o Resurgent Capital, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 15384436 | | Email/Text: paul@ndcupa.org | Sep 24 2026 02:33:00 | North Districts Community Credit Union, 5321 WM. Flynn Hwy, Gibsonia, PA 15044-9639 |
| 15396830 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2026 02:33:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15384438 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2026 02:33:00 | PNC Bank, Attn: Bankruptcy, Mailstop Br-Yb58-01-5, PO Box 94982, Cleveland, OH 44101 |
| 15384439 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2026 02:33:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15384440 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2026 02:33:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 15384437 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2026 02:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15384442 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 24 2026 02:34:00 | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15384441 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 24 2026 02:34:00 | Quest Diagnostics, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 15384444 | | Email/Text: amieg@stcol.com | Sep 24 2026 02:33:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 15384443 | | Email/Text: courts@scott-pc.com | Sep 24 2026 02:34:00 | Scott & Associates PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 15398565 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2026 02:42:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15384445 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:14 | Synchrony Bank/Dick's Sporting Goods, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15384446 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:14 | Synchrony Bank/Levin Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15384447 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:14 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15384448 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:14 | Synchrony Bank/Stein Mart, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15384449 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:06 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 15404329 | + | Email/Text: ebnjts@grblaw.com | Sep 24 2026 02:33:00 | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15384451 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 24 2026 02:34:00 | Transworld Systems Inc., 2135 E Primrose Suite Q, Springfield, MO 65804-4598 |
| 15384453 | + | Email/Text: BankruptcyNotice@upmc.edu | Sep 24 2026 02:34:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |

| | | | | |
|---|---|---|---|---|
| 15397655 | | Email/Text: BNCnotices@dcmservices.com | Sep 24 2026 02:33:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15397651 | | Email/Text: BNCnotices@dcmservices.com | Sep 24 2026 02:33:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15384452 | + | Email/Text: BAN5620@UCBINC.COM | Sep 24 2026 02:33:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 15400520 | | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2026 02:42:11 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15384454 | | Email/Text: deely@weinsteinimaging.com | Sep 24 2026 02:33:00 | Weinstein Imaging Associates, Manor Oak Two, 1910 Cochran Road, Suite 740, Pittsburgh, PA 15220-1213 |
| 15389331 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 24 2026 02:42:01 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 60

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15604133 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15604134 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15604135 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15385752 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Hampton Township School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Keri P. Ebeck | |

| | |
|---|---|
| | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Mark G. Moynihan | on behalf of Joint Debtor Cheryl M. Hardwick markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Ernest Brian Hardwick markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Ernest Brian Hardwick shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Joint Debtor Cheryl M. Hardwick shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 12